IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: ELZBIETA PASIEWICZ | ) |
| | ) Case No:     12 B 27486 |
| | ) Judge:        SCHMETTERER |
| | ) Chapter      13 |
| Debtor(s) | ) |
| | ) |

## NOTICE OF MOTION

**TO:** Office of the Chapter 13 Trustee, Marilyn O. Marshall. 224 S. Michigan Ave. Suite 800, Chicago, IL 60604.
Elzbieta Pasiewicz. 1435 Bear Flag Drive. Hanover Park, IL 60133.
See Attached List

PLEASE TAKE NOTICE that on the <u>19th day of August, 2015,</u> at <u>9:30 A.M.</u> or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Schmetterer or any other Bankruptcy Judge presiding in his or her place at 219. S. Dearborn St. Courtroom 682, Chicago, Illinois, on the attached <u>Debtor's Motion to Amend the Chapter 13 Plan Post-Confirmation</u>, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Notice and Motion was mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 2500 E. Devon Ave., Des Plaines, Illinois, before 6:00 p.m. on or before August 5, 2015.

Michael J. Worwag #6256887
Worwag & Malysz, P.C.
2500 E. Devon Ave #300
Des Plaines, IL 60018
847-954-2350

Capital One
Po Box 85520
Richmond, VA 23285


Chase
PO Box 1093
Northridge, CA 91328


Fremont Junction
25 Northwest Point Blvd Suite 330
Elk Grove Village, IL 60007


Leszek Pasiewicz
c/o George Pecherek & Associates
8041 N. Milwaukee Ave
Niles, IL 60714


Robert Lyons
1 Westbrook Corporate Center #300
Westchester, IL 60154

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: ELZBIETA PASIEWICZ )
) **Case No:** 12 B 27486
) **Judge:** SCHMETTERER
) **Chapter** 13
**Debtor(s)** )
)

### MOTION TO MODIFY THE CHAPTER 13 PLAN POST-CONFIRMATION

Now comes ELZBIETA PASIEWICZ (hereinafter referred to as "DEBTOR"), by and through its attorney, MICHAEL J. WORWAG, and moves this Honorable Court for entry of an Order Modifying the plan post-confirmation, and in support thereof, respectfully represents as follows:

1. On July 10, 2012, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on December 19, 2012. The plan as confirmed provided for monthly payments of $325.00, for 60 months, with unsecured creditors receiving 11% of their timely filed, or allowed, claims.

3. To date debtor has paid over $12,350.00 into her plan and unsecured creditors were already paid well over 11%. Debtor has made 38 payments into her plan.

4. Recently debtor's income has decreased to $1,850 a month and debtor's monthly expenses have increased to $1,750 per month.

5. Debtor asks the court to amend her plan from $325.00 over 60 months to $100 per month for the remainder of the 22 months. General unsecured creditors shall be paid 10% of their timely filed or allowed claims.

WHEREFORE, DEBTOR prays that this Honorable Court enter an order :

1. Amending the Chapter 13 plan post-confirmation, pursuant to 11 U.S.C. §1329, to provide :

   The Debtor shall pay to the Trustee $100.00 per month for a total of 22 remaining months. General unsecured creditors shall be paid 10% of their timely filed or allowed claims.

Respectfully submitted,

Michael J. Worwag #6256887
Worwag & Malysz, P.C.
2500 E. Devon Ave #300
Des Plaines, IL 60018
847-954-2350