## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: ELZBIETA PASIEWICZ ) | |
| ) | Case No:   12 B 27486 |
| ) | Judge:   SCHMETTERER |
| ) | Chapter   13 |
| Debtor(s) ) | |
| ) | |

### AMENDED NOTICE OF MOTION

TO:   Office of the Chapter 13 Trustee, Marilyn O. Marshall. 224 S. Michigan Ave. Suite 800, Chicago, IL 60604.
Elzbieta Pasiewicz. 1435 Bear Flag Drive. Hanover Park, IL 60133.
See Attached List

PLEASE TAKE NOTICE that on the 2nd day of September, 2015, at 9:30 A.M. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Schmetterer or any other Bankruptcy Judge presiding in his or her place at 219. S. Dearborn St. Courtroom 682, Chicago, Illinois, on the attached Debtor's Motion to Amend the Chapter 13 Plan Post-Confirmation, and shall request that the attached Order be entered, at which time you may appear if so desired.

### PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Notice and Motion was mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 2500 E. Devon Ave., Des Plaines, Illinois, before 6:00 p.m. on or before August 10, 2015.

Michael J. Worwag #6256887
Worwag & Malysz, P.C.
2500 E. Devon Ave #300
Des Plaines, IL 60018
847-954-2350

```
Capital One
Po Box 85520
Richmond, VA 23285


Chase
PO Box 1093
Northridge, CA 91328


Fremont Junction
25 Northwest Point Blvd Suite 330
Elk Grove Village, IL 60007


Leszek Pasiewicz
c/o George Pecherek & Associates
8041 N. Milwaukee Ave
Niles, IL 60714


Robert Lyons
1 Westbrook Corporate Center #300
Westchester, IL 60154
```